UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**STACI ALVARADO (#536553)**          CIVIL ACTION

**VERSUS**

**FREDERICK BOUTTE, ET AL.**          NO. 17-00339-BAJ-EWD

RULING AND ORDER

Before the Court is Petitioner's **Petition Under 28 U.S.C. § 2254 For Writ Of Habeas Corpus By A Person In State Custody (Doc. 1).** The Magistrate Judge has issued a **Report and Recommendation (Doc. 12),** recommending that Petitioner's application for habeas corpus relief be denied, and, further, that the Court deny Petitioner a certificate of appealability. Petitioner objects to the Magistrate Judge's Report (Doc. 15).

Having carefully considered Petitioner's Petition and related filings—including Petitioner's Objection—the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Petitioner's Petition (Doc. 1) is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED** because Petitioner has failed to "ma[ke] a substantial showing of the denial of a

1

constitutional right." 28 U.S.C. § 2253(c)(2).

      Baton Rouge, Louisiana, this 5th day of October, 2020

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**